1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney
2

3    EUMI L. CHOI (WVBN 0722)
     Chief, Criminal Division

4    PETER B. AXELROD (CSBN 190843)
     MONICA FERNANDEZ (CSBN 168216)
5    Assistant United States Attorneys

6    ANDREW KLINE (DCBN 441845)
     J. EVANS RICE III (DCBN 481768)
7    Trial Attorneys, U.S. Department of Justice

8        450 Golden Gate Avenue, 11th Floor
        San Francisco, California 94102
9       Telephone:  (415) 436-6774/7065
        Fax: (415) 436-7234
10

11   Attorneys for the United States

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17   UNITED STATES OF AMERICA,       )    No. CR-05-00395-CRB
                           )
18       Plaintiff,             )
                           )    [~~PROPOSED~~] ORDER FOR RETURN OF
19                            )    DANNY LEE'S PASSPORT
      v.                   )
20                             )
21   YOUNG JOON YANG, et al.,        )
                            )
22       Defendants.           )
23   _____ )

24

25        Defendant Nam Young Lee surrendered her passport to the Clerk of the Court in the

26 above case.  The passport of Danny Lee, Nam Young Lee's husband, was also surrendered.  Because

27 Danny Lee is not a defendant in the above case, Danny Lee's passport should be returned to him.

28

   No. CR-05-00395-CRB
   [~~PROPOSED~~] ORDER FOR RETURN
   OF DANNY LEE'S PASSPORT

1       Accordingly, it is HEREBY ordered that, upon presentation of a copy of this order, the Clerk

2  of the Court shall return Danny Lee's passport to him or to Defendant Nam Young Lee's counsel,

3  Gary Laff, Esq.

4       IT SO ORDERED.

5

6  DATED:  September 6, 2005                   _____

7                               JOSEPH C. SPERO
                                 United States Magistrate Judge