1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   MONICA FERNANDEZ (CSBN 168216)
5  Assistant United States Attorneys

6  ANDREW KLINE (DCBN 441845)
   J. EVANS RICE III (DCBN 481768)
7  Trial Attorneys, U.S. Department of Justice

8         450 Golden Gate Avenue, 11th Floor
          San Francisco, California 94102
9         Telephone:  (415) 436-6774/7065
          Fax: (415) 436-7234
10

11 Attorneys for the United States

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                           SAN FRANCISCO DIVISION

16

17 UNITED STATES OF AMERICA,       )   No. CR-05-00395-CRB
                                   )
18      Plaintiff,                 )
                                   )
19                                 )   STIPULATION AND ORDER MODIFYING
        v.                         )   CONDITIONS OF RELEASE AS TO
20                                 )   DEFENDANT **NAM YOUNG LEE**
                                   )
21 YOUNG JOON YANG, et al.,        )
                                   )
22                                 )
        Defendants.                )
23 _____ )

24

25      The parties hereby stipulate that Defendant Nam Young Lee's bond should be modified

26 as follows:

27      1.   The property located at 9838 Wanda Drive, Beverly Hills, California 90210 shall be

28

No. CR-05-00395-CRB
STIP. & [PROPOSED] ORDER MODIFYING COND.
OF RELEASE AS TO DEF. NAM YOUNG LEE

reconveyed to defendant Nam Young Lee. In its place, defendant Nam Young Lee will post an unsecured bond in the amount of $100,000.

    2.    Defendant Nam Young Lee shall no longer be subject to electronic monitoring by Pretrial Services.

DATED: November 18, 2005    KEVIN V. RYAN
    United States Attorney

    /s/ Monica Fernandez
    MONICA FERNANDEZ
    Assistant United States Attorney

DATED:  November 18, 2005    /s/ Gary Laff
    GARY LAFF
    Counsel for Defendant Nam Young Lee

DATED:  November 21, 2005    /s/ Manuel Ibanez
    U.S. Pretrial Services Officer
    Central District of California

## **ORDER**

PURSUANT TO STIPULATION, IT SO ORDERED.

DATED:  November 22, 2005

    HONORABLE EDWARD M. CHEN
    UNITED STATES MAGISTRATE JUDGE