KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorneys

ANDREW KLINE (DCBN 441845)
J. EVANS RICE III (DCBN 481768)
Trial Attorneys, U.S. Department of Justice

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6774/7065
    Fax: (415) 436-7234

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00395-CRB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE AS TO DEFENDANT **NAM YOUNG LEE** |
| YOUNG JOON YANG, et al., | |
| Defendants. | |

    The parties hereby stipulate that Defendant Nam Young Lee's bond should be modified as follows:

    1.    The property located at 9838 Wanda Drive, Beverly Hills, California 90210 shall be

reconveyed to defendant Nam Young Lee. In its place, defendant Nam Young Lee will post an unsecured bond in the amount of $100,000.

    2.    Defendant Nam Young Lee shall no longer be subject to electronic monitoring by Pretrial Services.

DATED: November 18, 2005    KEVIN V. RYAN
United States Attorney

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

DATED:  November 18, 2005    /s/ Gary Laff
GARY LAFF
Counsel for Defendant Nam Young Lee

DATED:  November 21, 2005    /s/ Manuel Ibanez
U.S. Pretrial Services Officer
Central District of California

## ORDER

PURSUANT TO STIPULATION, IT SO ORDERED.

DATED:  November 22, 2005

HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE