```
1  LAW OFFICES OF GARY A. LAFF
   SBN: 108446
2  3345 Wilshire Blvd.
   Suite 911
3  Los Angeles, CA 90010
   Tel: (213) 380-3808 Fax: (213) 380-1963
4
   Attorney for Defendants, NAM YOUNG LEE
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANSCISO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-05 00395 CRB |
| Plaintiff, | CR-05 1420 M |
| | (CENTRAL DISTRICT) |
| vs. | STIPULATION AND ORDER MODIFYING THE CONDTIONS OF RELEASE AND FOR THE CLERK OF THE COURT TO ISSUE A RECONVEYANCE DEED AS TO DEFENDANT NAM YOUNG LEE |
| NAM YOUNG LEE | |
| Defendant | |

PURSUANT to the Order of November 23, 2005, as stated in Case 3:05 CR-00395, Document 209, the parties stipulate as follows:

1. The Clerk of the Court is to issue a Reconveyance Deed for the real property located at: 9938 Wanda, Beverly Hills, California 90210; and

///

///

STIPULATION AND ORDER MODIFYING THE CONDTIONS OF RELEASE AND FOR THE CLERK OF THE COURT TO ISSUE A RECONVEYANCE DEED AS TO DEFENDANT NAM YOUNG LEE

2. Defendant NAM YOUNG LEE is hereby granted bond in the form of her own recognizance and no financial bond is further required.

DATED: June 20, 2006

LAW OFFICES OF GARY A. LAFF

GARY A. LAFF, ESQ.
Counsel for Defendant
NAM YOUNG LEE

APPROVED AS TO FORM AND CONTENT
DATED: 6/20/06

KEVIN V. RYAN,
UNITED STATES ATTORNEY

PETER B. AXELROD
ASSISTANT UNITED STATES ATTORNEY

**ORDER**

Pursuant to Stipulation:

1. The Clerk of the Court is ordered to issue a reconveyance Deed for the property located at: 9839 Wanda, Beverly Hills, California 90210; and

2. Defendant NAM YOUNG LEE is hereby released on her own recognizance pending the conclusion of this cause of action.

DATED: June 28, 2006

HONORABLE ~~EDWARD M. CHEN~~ NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER MODIFYING THE CONDITIONS OF RELEASE AND FOR THE CLERK OF THE COURT TO ISSUE A RECONVEYANCE DEED AS TO DEFENDANT NAM YOUNG LEE